**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**CHRISTOPHER ALLEN JOHNSON**          **CASE NO.  5:24-CV-00352**

**VERSUS**                                            **JUDGE TERRY A. DOUGHTY**

**MARTIN J O'MALLEY**                        **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 23], no objections thereto having been filed, and after conducting an independent review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) [Doc. No. 18] filed by Daniel S. Jones, attorney for Plaintiff, Christopher Johnson ("Plaintiff"), is **GRANTED**, and the law firm of Charles E. Binder & Harry J. Binder Attorneys at Law, L.L.P. is awarded the sum of $23,583.25, which may be satisfied from Plaintiff's past due benefits in accordance with agency policy, subject to counsel's obligation to refund to the client the EAJA fee award actually received by counsel in this matter, i.e., $1,166.00.

MONROE, LOUISIANA, this 14th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1